1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  UNITED STATES OF AMERICA, | |
| 8                        Plaintiff, | NO: CV-10-3038-RMP |
| 9       v. | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| 10 CURTIS T. HOLDEN and ADVANCED PODIATRY | |
| 11 SPECIALISTS, P.S., | |
| 12                       Defendants. | |

**BEFORE** the Court is Plaintiff's Notice of Dismissal, ECF No. 42, pursuant to Fed. R. Civ. P. 41(a)(1) and L.R. 41.1.  Having reviewed said Notice and the file and pleadings therein, the Court finds good cause to approve dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Dismissal, **ECF No. 42**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **without** prejudice and without costs to any party.

ORDER DISMISSING CASE WITHOUT PREJUDICE ~ 1

1    3. All pending motions, if any, are **DENIED AS MOOT**.

2    4. All scheduled court hearings, if any, are **STRICKEN**.

3    The District Court Clerk is directed to enter this Order, terminate the stay,

4 enter judgment accordingly, provide copies of this Order to counsel, and close this

5 case.

6    **DATED** this 3rd day of December 2013.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE ~ 2